USCA1 Opinion

 

 September 23, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1552 JOHN J. O'HEARN, Plaintiff, Appellant, v. MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ John J. O'Hearn, Jr. on brief pro se. ____________________ Thomas Paul Gorman, Bryan G. Killian and Sherin and Lodgen on ___________________ _________________ __________________ brief for appellee. ____________________ ____________________ Per Curiam. Plaintiff-appellant O'Hearn appeals __________ from the dismissal of his amended complaint alleging discrimination on the basis of religion and sex, as well as negligent, intentional, and business torts. Reviewing the dismissal de novo, and considering the parties' arguments on __ ____ appeal, we find no substantial reason to disagree with the district court's conclusion, under Fed. R. Civ. P. 12(b)(6), that the amended complaint failed to state a legally cognizable claim.  As to appellant's assignments of procedural error, upon examination of the record we conclude: (1) The court did not abuse its discretion by denying appellant's motions for an appointment of counsel; (2) appellant was afforded sufficient opportunities to amend the complaint; (3) the court did not err in resolving the Rule 12(b)(6) motion without an oral hearing, as appellant did not demonstrate that the motion could not be fairly and effectively "heard" on the papers. See United States v. McGill, 11 F.3d 223, ___ _____________ ______ 225-26 (1st Cir. 1993). Appellant's motion for oral argument on appeal is denied. The judgment below is affirmed. See Loc. R. 27.1. ______ ________ -2-